UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ALMA TRADE LLC, a Florida Corporation,   21 MC 675

    *Petitioner,*

    -against-       NOTICE OF MOTION
                                                        TO QUASH INTERNAL
                                                        REVENUE SERVICE
UNITED STATES OF AMERICA,             <u>SUMMONS</u>

    *Respondent.*
-----------------------------------------------------------X

TO ALL PARTIES AND COUNSEL OF RECORD:

    PLEASE TAKE NOTICE, that upon the accompanying Declaration of Richard W. Levitt, Esq., the exhibits thereto and the Memorandum of Law, both dated August 17, 2021, the undersigned will move this Honorable Court, at a date and time convenient to the Court, for an Order pursuant to 26 U.S.C. § 7609(b)(2) quashing Internal Revenue Service third party summonses to JP Morgan Chase Bank, N.A., TD Bank, N.A., and Santander, N.A., on the grounds that said summonses are untimely, irrelevant, overbroad and otherwise deficient and for such other and further relief as the Court deems just and proper.

Dated: August 17, 2021

                                                           Yours, etc.,

                                                           /s/ Richard Levitt
                                                           Richard Levitt
                                                           LEVITT & KAIZER
                                                           40 Fulton Street, 23rd Floor
                                                           New York, N.Y. 10038
                                                           (212) 480-4000
                                                           rlevitt@landklaw.com
                                                           *Attorneys for Alma Trade, LLC*